RECEIVED
IN LAFAYETTE, LA.

JAN 1 3 2012

TONY R. MOORE, CLERK
BY _____
           DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| ANDREW J. BOGAN | CIVIL ACTION NO. 6:11-cv-1597 |
| LA. DOC #223713 | |
| VS. | SECTION P |
| | JUDGE HAIK |
| WARDEN BURL CAIN | MAGISTRATE JUDGE HANNA |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that this petition for *habeas corpus* be **DISMISSED WITH PREJUDICE** as time-barred by the provisions of 28 U.S.C. §2244(d).

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this _12_ day of _January_, 2012.

_____
RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE